UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 12-48-DLB-CJS-4**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.           **ORDER ADOPTING REPORT AND RECOMMENDATION**

KOBIE K. BAKER                                                                                  DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the April 4, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 248), wherein she recommends that the Court revoke Defendant Kobie K. Baker's supervised release and impose a sentence of time-served, with a new twenty-four (24) month term of supervised release to follow from the date of entry of the judgment. During the Initial Hearing on Supervised Release Violation Charges, conducted by Judge Smith on March 30, 2016, Defendant stipulated to violating the terms of his supervised release (Doc. # 244), as set forth in the March 15, 2016 Violation Report. (Sealed Doc. # 247).

Defendant having executed a waiver of his right to allocution (Doc. # 245), and both parties having waived the time period for filing objections to the R&R, this matter is now ripe for the Court's consideration. (Docs. # 244, 248). The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 248) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to **time-served**, with a new **twenty-four (24) month term of supervised release** to follow from the date of entry of the judgment, to include all conditions previously imposed.

This 6th day of April, 2016.

Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2012\12-48-4 Order Adopting R&R.wpd